THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK RAILWAYS COMPANY et al., Appellants, *v.* THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK FOR THE FIRST DISTRICT et al., Respondents.

(Submitted September 30, 1918; decided October 8, 1918.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 223 N. Y. 373.)

---

EDWARD J. BACKENSTOS, Respondent, *v.* CELIA A. HOLMES, Appellant, Impleaded with Others.

*Backenstos* v. *Holmes*, 183 App. Div. 908, appeal dismissed.

(Argued September 30, 1918; decided October 8, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 15, 1918, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover a balance alleged to be due upon a stock trading account.

The motion was made upon the grounds that the exceptions were frivolous and raised no question for review by the Court of Appeals.

*Joseph M. Gazzam* for motion.

*O. B. Thomas* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.